IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01709-WDM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2731 VIRGINIA DALE DRIVE, FORT COLLINS, COLORADO; 4106 SUNSTONE DRIVE, FORT COLLINS, COLORADO; 333 BRINN COURT, FORT COLLINS, COLORADO; 1917 McALLISTER COURT, FORT COLLINS, COLORADO; 224 CLOVER LANE, FORT COLLINS, COLORADO; 1913 McALLISTER COURT, FORT COLLINS, COLORADO,,

    Defendants.

## ORDER DISMISSING DEFENDANT 1917 McALLISTER COURT

Miller, J.

    This matter is before me on motion of the United States to dismiss defendant 1917 McAllister Court, Fort Collins, Colorado.  The United States informs me that it has decided not to pursue forfeiture of this defendant and, therefore, agrees to dismiss the defendant and to release the Lis Pendens recorded against the property.  The United States also requests a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.  The motion is not opposed.

    I have considered the motion and the record in this case.  I conclude there was reasonable cause for the seizure of the property.  I also concur with the requested dismissal of defendant 1917 McAllister Court.

    Accordingly, it is ordered:

1. The motion to dismiss, filed May 30, 2006, is granted.

2. Defendant 1917 McAllister Court, Fort Collins, Colorado, is dismissed with prejudice.

3. The parties shall bear their own attorneys' fees and costs incurred with respect to this defendant.

4. This order shall constitute a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED at Denver, Colorado, on August 1, 2006.

BY THE COURT:

s/ Walker D. Miller  
United States District Judge