IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-01709-WDM-MJW

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.

2731 VIRGINIA DALE DRIVE, FORT COLLINS, COLORADO,

      Defendant(s).
_____

**ORDER**
_____

      This matter is before me on the plaintiff's Status Report and Motion to Hold Motions in Abeyance.  Being sufficiently advised it is ordered:

      1.  The United States of America shall file a status report concerning this proceeding on or before September 29, 2006;

      2.  A status conference is set for **October 27, 2006, at 4:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902; and

   3.  Motion to strike (Docket No. 44) is denied without prejudice; otherwise, ruling on all motions is withheld pending status reports.

   DATED at Denver, Colorado, on August 17, 2006.

                  BY THE COURT:


                   s/ Walker D. Miller
                   United States District Judge