IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 05-cv-01709-WDM-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2731 VIRGINIA DALE DRIVE, FORT COLLINS, COLORADO; et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to vacate hearing is denied.

Dated: October 27, 2006

                                                       /s/ Jane Trexler, Secretary/Deputy Clerk